UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :     Crim. No. 11-70 (SRC)

                    v.          :     Hon. Stanley R. Chesler

DANIEL DORSEY                   :     UNSEALING ORDER

This matter having come before the Court on the application of the United States of America (Barbara R. Llanes, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed, given that an arrest warrant on the Defendant has been executed and for good cause shown,

IT IS ON this ⁄⁄ day of February, 2011,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE